**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02671-RPM-KLM

MARIO SANCHEZ,

       Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

      Dated:  December 10th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge